```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :    18-cr-284-8 (JSR)
          -v-                        :
                                     :    ORDER
TORREN STUBBS,                       :
                                     :
          Defendant.                 :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.:

On February 16, 2024, the Court received a handwritten pro se motion from defendant Torren Stubbs, seeking to reduce his sentence under 18 U.S.C. § 3582(c)(2) because of a recent retroactive amendment (Amendment 821) to the Federal Sentencing Guidelines. Stubbs's motion makes no attempt to explain how Amendment 821 applies to his circumstances. Upon the Court's review, it is clear that Stubbs is ineligible because he is neither a zero-point offender nor did he commit his underlying offense -- conspiracy to distribute cocaine -- "while under any criminal justice sentence." U.S.S.G. § 4A1.1(e); see id. § 4C1.1.[1] Accordingly, Stubbs's motion is hereby denied. The Clerk is respectfully directed to close document 267 on the docket.

SO ORDERED.

---

[1] It appears that Stubbs filed a similar motion for a sentence reduction in connection with a separate criminal conviction in this District, in a case before a different judge. See 19-cr-276-NSR, ECF No. 107. The Court expresses no view on that distinct motion.

1

Dated:   New York, NY
         February 21, 2024            _____
                                      JED S. RAKOFF, U.S.D.J.